

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00171-CV

| | | |
|---|---|---|
| Ross Mandel and Lea Mandel | § | From the 431st District Court |
| | § | of Denton County (2011-0490-431) |
| v. | | |
| | § | October 2, 2014 |
| Lewisville Independent School District; County of Denton, Texas; and City of Plano | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Ross Mandel and Lea Mandel shall pay all of the costs of this appeal and that these costs be paid from the cash deposit in lieu of bond made with the clerk of the trial court, for which let execution issue. The clerk of the trial court shall refund the remainder of this cash deposit in lieu of bond to Ross Mandel and Lea Mandel.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Anne Gardner_____
      Justice Anne Gardner